UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHY HACKNEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil No. C04-5885FDB<br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II and Supplemental Security Income (SSI) disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ)

- will evaluate all of Plaintiff's impairments,
- will address evidence that Plaintiff's ability to concentrate is diminished,

Page 1        ORDER - [C04-5885FDB]

- will address evidence that Plaintiff needed a cane,
- will develop the record to obtain clarification and additional information from Michael Kohen, M.D., and Yong Tsai, M.D., and further consider their opinions,
- will evaluate Plaintiff's residual functional capacity and obtain supplemental vocational expert evidence, and
- will resolve any conflicts between the Dictionary of Occupational Titles and the vocational expert's testimony pursuant to Social Security Ruling 00-4p.

DATED this 3rd day of June 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

 /s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE



Presented by:

s/ STEPHANIE R. MARTZ    WSB # 28636
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2272
Fax: (206)615-2531
stephanie.martz@ssa.gov

Page 2          ORDER - [C04-5885FDB]