U.S. DISTRICT JUDGE FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KATHY HACKNEY, | ) |
| Plaintiff, | ) No. 3:04-cv-05885-FDB |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) PROPOSED ORDER |
| Defendant. | ) |

The Court hereby awards Plaintiff, Kathy Hackney, $3,626.26 in attorney fees, $42.21 in expenses, and $244.50 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), for a total award of $3,912.97.

Dated: July 28, 2005

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Proposed Order - 1
[No. 04-168JLR]